In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-17-00322-CV
_____

**GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellant**

**V.**

**NIYA GRAVES, Appellee**

**On Appeal from County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 126344**

## MEMORANDUM OPINION

The appellant, Government Employees Insurance Company, and the appellee, Niya Graves, filed a joint motion to dismiss the cause with prejudice pursuant to their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(A). The joint motion to dismiss is granted. We vacate the trial court's judgment without reference to the merits and dismiss the case. *See* Tex. R. App. P. 43.2(e). The parties shall, by agreement, bear their own costs.

1

JUDGMENT VACATED; CASE DISMISSED.


_____
CHARLES KREGER
Justice

Submitted on February 7, 2018
Opinion Delivered February 8, 2018

Before Kreger, Horton, and Johnson, JJ.